```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DR. CHANG-GYU HAHN,<br><br>    Plaintiff,<br><br>    -v-<br><br>SPRINGER NATURE LTD., et al.,<br><br>    Defendants. | 25-cv-520 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On April 11, 2025, the Court held an oral argument in the above-captioned case on defendants' motion to dismiss. For the reasons stated from the bench, the Court dismisses the complaint without prejudice. Clerk to enter judgment.

    SO ORDERED.

New York, NY
April 11, 2025

_____
JED S. RAKOFF, U.S.D.J.