**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DR. CHANG-GYU HAHN,

                 Plaintiff,

     -against-                             25 **CIVIL** 520 (JSR)

                                                  **JUDGMENT**

SPRINGER NATURE LTD., et al.,

                 Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 11, 2025, the Court held an oral argument in the above-captioned case on defendants' motion to dismiss. For the reasons stated on the bench, the Court has dismissed the complaint without prejudice.

**Dated:** New York, New York
       April 14, 2025

                                        **TAMMI M. HELLWIG**

                                           _____

                                                **Clerk of Court**

**BY:**            K. Mango

                                              _____

                                               **Deputy Clerk**